# VERDICT FORM

On the claim of plaintiff Stephen Parr, as submitted in Instruction 12, we find in favor of:

Union Pacific
(Plaintiff Stephen Parr) or (Defendant Union Pacific)

Note: Answer the next question only if the above finding is in favor of plaintiff Stephen Parr. If the above finding is in favor of defendant Union Pacific, have your foreperson sign and date this form because you have completed your deliberations on this claim.

Question No. 1: Has it been proved that defendant Union Pacific would have fired plaintiff Stephen Parr regardless of plaintiff's engagement of a protected activity as referred in Instruction 14.

________Yes ________No
(Mark an "X" in the appropriate space.)

Note: Complete the following paragraphs only if your answer to the preceding question is "no." If you answered "yes" to the preceding question, have your foreperson sign and date this form because you have completed your deliberations on this claim.

We assess plaintiff Stephen Parr's damages as follows:

A. Lost wages and benefits from the date that plaintiff Stephen Parr was removed from service and began losing pay and benefits (March 6, 2023) through the date plaintiff was returned to his position at Union Pacific (September 30, 2024):

$__________________ (stating the amount or, if none, write the word "none").

B. Plaintiff Stephen Parr's emotional distress damages:

$____________________ (stating the amount or, if you find that plaintiff Stephen Parr's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

Foreperson

9.25.25

Date